TAMARA W. ASHFORD
Acting Assistant Attorney General

NITHYA SENRA, CA SBN 291803
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C.  20044
202-307-6570 (v)
202-307-0054 (f)
Nithya.Senra@usdoj.gov
*Counsel for Plaintiff*

Of Counsel:
BENJAMIN B. WAGNER
United States Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    v.<br><br>JULIAN CARRANZA; GARY HESTER AS EXECUTOR OF THE ESTATE OF RUTH HESTER; ROCKLAND PACIFIC FINANCIAL INC.; TULARE COUNTY TREASURER; LINDSAY-STRATHMORE IRRIGATION DISTRICT; DENNIS WRIGHT DBA CENTRAL BUSINESS BUREAU; ATANACIO RODRIGUEZ DBA ROAD RUNNERS TRANSPORT; STANLEY TULCHIN ASSC. WESTERN, INC.; BERTHA CARRANZA; STATE OF CALIFORNIA, EMPLOYMENT DEVELOPMENT DEPARTMENT; STATE OF CALIFORNIA, FRANCHISE TAX BOARD; and PEOPLE OF THE STATE OF CALIFORNIA, TULARE COUNTY,<br><br>          Defendants. | Case No.  1:14-cv-00838---GSA<br><br>**ORDER ON STIPULATION RE: DISCLAIMER OF INTEREST BY ROCKLAND PACIFIC FINANCIAL INC.** |

Pursuant to the Stipulation re: Disclaimer of Interest by Rockland Pacific Financial Inc., IT IS HEREBY ORDERED:

(1)   The Stipulation re: Disclaimer of Interest by Rockland Pacific Financial Inc. is hereby approved;

(2)   Rockland Pacific Financial Inc. has no interest in the subject real property at issue in this action or in any proceeds from the sale of the subject property;

(3)   Rockland Pacific Financial Inc. is DISMISSED with prejudice as a party-defendant; and

(4)   The parties shall bear their own costs and fees associated with this issue.

IT IS SO ORDERED.

DATED this 18th day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

TAMARA W. ASHFORD
Acting Assistant Attorney General

*/s/ Nithya Senra*  
NITHYA SENRA
Trial Attorney, Tax Division

Of Counsel:
BENJAMIN B. WAGNER
United States Attorney

*/s/ William Downing*  
WILLIAM DOWNING, Vice President
Rockland Pacific Financial Inc.
PO Box 1137
Clovis, CA 93613
bill@rocklandpacific.com