TAMARA W. ASHFORD
Acting Assistant Attorney General

NITHYA SENRA, CA SBN 291803
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6570 (v)
202-307-0054 (f)
Nithya.Senra@usdoj.gov
*Counsel for Plaintiff*

Of Counsel:
BENJAMIN B. WAGNER
United States Attorney

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-cv-00838---GSA |
|---|---|
| Plaintiff, | |
| v. | **ORDER ON STIPULATION RE: DISCLAIMER OF INTEREST BY GARY HESTER AS EXECUTOR OF THE ESTATE OF RUTH HESTER** |
| JULIAN CARRANZA; GARY HESTER AS EXECUTOR OF THE ESTATE OF RUTH HESTER; ROCKLAND PACIFIC FINANCIAL INC.; TULARE COUNTY TREASURER; LINDSAY-STRATHMORE IRRIGATION DISTRICT; DENNIS WRIGHT DBA CENTRAL BUSINESS BUREAU; ATANACIO RODRIGUEZ DBA ROAD RUNNERS TRANSPORT; STANLEY TULCHIN ASSC. WESTERN, INC.; BERTHA CARRANZA; STATE OF CALIFORNIA, EMPLOYMENT DEVELOPMENT DEPARTMENT; STATE OF CALIFORNIA, FRANCHISE TAX BOARD; and PEOPLE OF THE STATE OF CALIFORNIA, TULARE COUNTY, | |
| Defendants. | |

Pursuant to the Stipulation re: Disclaimer of Interest by Gary Hester as executor of the Estate of Ruth Hester, IT IS HEREBY ORDERED:

(1) The Stipulation re: Disclaimer of Interest by Gary Hester as executor of the Estate of Ruth Hester is hereby approved;

(2) Gary Hester as executor of the Estate of Ruth Hester has no interest in the subject real property at issue in this action and disclaims any and all right, title, claim or interest to any funds which may be generated from the sale of the subject property at issue in this case;

(3) Gary Hester as executor of the Estate of Ruth Hester is DISMISSED with prejudice as a party-defendant; and

(4) The parties shall bear their own costs and fees associated with this issue.

IT IS SO ORDERED.

DATED this 18th day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

TAMARA W. ASHFORD
Acting Assistant Attorney General

/s/ Nithya Senra
NITHYA SENRA
Trial Attorney, Tax Division

Of Counsel:
BENJAMIN B. WAGNER
United States Attorney

/s/ Gary Hester
GARY HESTER
Executor of the Estate of Ruth Hester
c/o Greg J. Norys, Attorney
Dowling Aaron Inc.
8080 N. Palm, Third Floor
Fresno, CA 93711
gnorys@dowlingaaron.com