UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JULIAN CARRANZA; GARY HESTER AS EXECUTOR OF THE ESTATE OF RUTH HESTER; ROCKLAND PACIFIC FINANCIAL INC.; TULARE COUNTY TREASURER; LINDSAY-STRATHMORE IRRIGATION DISTRICT; DENNIS WRIGHT DBA CENTRAL BUSINESS BUREAU; ATANACIO RODRIGUEZ DBA ROAD RUNNERS TRANSPORT; STANLEY TULCHIN ASSC. WESTERN, INC.; BERTHA CARRANZA; STATE OF CALIFORNIA, EMPLOYMENT DEVELOPMENT DEPARTMENT; STATE OF CALIFORNIA, FRANCHISE TAX BOARD; and PEOPLE OF THE STATE OF CALIFORNIA, TULARE COUNTY,<br><br>　　　　　Defendants. | Case No. 1:14-cv-00838-KJM-GSA<br><br>**ORDER APPROVING STIPULATION REGARDING LIEN PRIORITY BETWEEN THE UNITED STATES AND STANLEY TULCHIN ASSOCIATES WESTERN INC.** |

1

Plaintiff, the United States of America, and Defendant Stanley Tulchin Associates Western, Inc. ("Stanley Tulchin") have jointly filed a Stipulation regarding Stanley Tulchin's interest in the real property at issue in this action by virtue of the Abstract of Judgment recorded on January 3, 2007; and the priority of Stanley Tulchin's judgment lien in this action.  The Stipulation further provides that Stanley Tulchin should be excused from further participation in this action and that Stanley Tulchin agrees to be bound by the judgment in this case.

Pursuant to the Stipulation between the parties, IT IS HEREBY ORDERED:

(1)     The Stipulation between the United States and Stanley Tulchin is hereby approved;

(2)     If the United States succeeds in obtaining from the Court an Order of Foreclosure and Judicial Sale of the real property at issue in this action, it shall submit to the Court a proposed order of sale consistent with the terms of that Stipulation;

(3)     The United States and Stanley Tulchin shall each bear their own costs; and

(4)     Stanley Tulchin is excused from further participation in this action.

**IT IS SO ORDERED.**

DATED this 28th day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE