UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>    v.<br><br>JULIAN CARRANZA; GARY HESTER AS EXECUTOR OF THE ESTATE OF RUTH HESTER; ROCKLAND PACIFIC FINANCIAL INC.; TULARE COUNTY TREASURER; LINDSAY-STRATHMORE IRRIGATION DISTRICT; DENNIS WRIGHT DBA CENTRAL BUSINESS BUREAU; ATANACIO RODRIGUEZ DBA ROAD RUNNERS TRANSPORT; STANLEY TULCHIN ASSC. WESTERN, INC.; BERTHA CARRANZA; STATE OF CALIFORNIA, EMPLOYMENT DEVELOPMENT DEPARTMENT; STATE OF CALIFORNIA, FRANCHISE TAX BOARD; and PEOPLE OF THE STATE OF CALIFORNIA, TULARE COUNTY,<br><br>           Defendants. | Case No.  1:14-cv-00838-KJM-GSA<br><br>**ORDER APPROVING STIPULATION REGARDING LIEN PRIORITY BETWEEN THE UNITED STATES AND LINDSAY-STRATHMORE IRRIGATION DISTRICT** |

Plaintiff, the United States of America, and Defendant Lindsay-Strathmore Irrigation District ("LSID") have jointly filed a Stipulation regarding LSID's interest in the real property at issue in this action by virtue of the Certificate of Liens recorded on May 21, 2010, November 1, 2011, and January 7, 2014 respectively; and the priority of each of these liens in this action. The Stipulation further provides that LSID should be excused from further participation in this action and that LSID agrees to be bound by the judgment in this case.

Pursuant to the Stipulation between the parties, IT IS HEREBY ORDERED:

(1) The Stipulation between the United States and Lindsay-Strathmore Irrigation District is hereby approved;

(2) If the United States succeeds in obtaining from the Court an Order of Foreclosure and Judicial Sale of the real property at issue in this action, it shall submit to the Court a proposed order of sale consistent with the terms of that Stipulation;

(3) The United States and Lindsay-Strathmore Irrigation District shall each bear their own costs; and

(4) Lindsay-Strathmore Irrigation District is excused from further participation in this action.

**IT IS SO ORDERED.**

DATED: October 30, 2014.

_____
UNITED STATES DISTRICT JUDGE