CAROLINE D. CIRAOLO
Acting Assistant Attorney General

NITHYA SENRA, #291803
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6570 (v)
202-307-0054 (f)
Nithya.Senra@usdoj.gov
*Counsel for Plaintiff*

BENJAMIN B. WAGNER
United States Attorney
*Of Counsel*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JULIAN CARRANZA; GARY HESTER AS EXECUTOR OF THE ESTATE OF RUTH HESTER; ROCKLAND PACIFIC FINANCIAL INC.; TULARE COUNTY TREASURER; LINDSAY-STRATHMORE IRRIGATION DISTRICT; DENNIS WRIGHT DBA CENTRAL BUSINESS BUREAU; ATANACIO RODRIGUEZ DBA ROAD RUNNERS TRANSPORT; STANLEY TULCHIN ASSC. WESTERN, INC.;BERTHA CARRANZA; STATE OF CALIFORNIA, EMPLOYMENT DEVELOPMENT DEPARTMENT; STATE OF CALIFORNIA, FRANCHISE TAX BOARD; and PEOPLE OF THE STATE OF CALIFORNIA, TULARE COUNTY,<br><br>　　　　　Defendants. | Case No.  1:14-cv-00838-KJM-GSA<br><br>**ORDER STAYING EXECUTION OF ORDER OF FORECLOSURE AND JUDICIAL SALE** |

Plaintiff, the United States of America ("United States"), and defendants Julian Carranza and Bertha Carranza ("the Carranzas"), have entered into a settlement agreement to stay the execution of the Court's Order of Foreclosure and Judicial Sale in order to provide the Carranzas with an opportunity to privately sell the Subject Property described in paragraph twenty (20) of the United States' First Amended Complaint to fully satisfy the outstanding tax liabilities at issue in this litigation.

Pursuant to the Stipulation between the parties, IT IS HEREBY ORDERED:

(1) The Order of Foreclosure and Judicial Sale entered by this Court is stayed until June 15, 2016, at which point this stay will automatically expire.

(2) If the Carranzas successfully sell the Subject Property through a private sale or otherwise fully satisfy the United States' federal tax liens at issue in this action prior to June 15, 2016, then this Court shall be promptly notified.

(3) At all times until the ultimate disposition of the Subject Property, and consistent with the Order of Foreclosure and Judicial Sale, the Carranzas shall take all reasonable steps necessary to preserve the Subject Property, including all buildings, improvements, fixtures, and appurtenances to the Subject Property, in its current condition, including, without limitation, maintaining a fire and casualty insurance policy. They shall neither commit waste against the Subject Property nor permit anyone else to do so;

(4) At all times until the ultimate disposition of the Subject Property, and consistent with the Order Foreclosure and Judicial Sale, the Carranzas shall neither do anything that tends to reduce the value or marketability of the Subject Property nor cause or permit anyone else to do so. They shall not record any instruments, publish any notice, or take any other action (such as running newspaper advertisements or posting signs) that may directly or indirectly tend to adversely affect the value of the Subject Property or that may tend to deter or discourage

potential bidders from participating in a public auction, should one ultimately become necessary, nor shall they cause or permit anyone else to do so;

(5) Until the expiration of this stay of execution of the Order of Foreclosure and Judicial Sale on June 15, 2016, and within any extension of time granted by the United States to facilitate an orderly sale, the Carranzas shall use good faith efforts to sell the Subject Property at its fair market value to a bona fide purchaser for value.

**IT IS SO ORDERED.**

DATED this 17th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE