CAROLINE D. CIRAOLO
Acting Assistant Attorney General

NITHYA SENRA, #291803
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6570 (v)
202-307-0054 (f)
Nithya.Senra@usdoj.gov
*Counsel for Plaintiff*

BENJAMIN B. WAGNER
United States Attorney
*Of Counsel*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JULIAN CARRANZA; GARY HESTER AS EXECUTOR OF THE ESTATE OF RUTH HESTER; ROCKLAND PACIFIC FINANCIAL INC.; TULARE COUNTY TREASURER; LINDSAY-STRATHMORE IRRIGATION DISTRICT; DENNIS WRIGHT DBA CENTRAL BUSINESS BUREAU; ATANACIO RODRIGUEZ DBA ROAD RUNNERS TRANSPORT; STANLEY TULCHIN ASSC. WESTERN, INC.;BERTHA CARRANZA; STATE OF CALIFORNIA, EMPLOYMENT DEVELOPMENT DEPARTMENT; STATE OF CALIFORNIA, FRANCHISE TAX BOARD; and PEOPLE OF THE STATE OF CALIFORNIA, TULARE COUNTY,<br><br>         Defendants. | Case No.  1:14-cv-00838-KJM-GSA<br><br>**ORDER APPROVING STIPULATION FOR ENTRY OF JUDGMENT** |

1

Plaintiff, the United States of America ("United States"), and defendants Julian Carranza and Bertha Carranza ("the Carranzas"), have jointly filed a Stipulation regarding the entry of judgment against Julian Carranza in this action, and the entry of a proposed order of sale.

Pursuant to the Stipulation between the parties, IT IS HEREBY ORDERED:

(1)   The Stipulation between the United States and the Carranzas is hereby approved;

(2)   As of March 31, 2015, Julian Carranza is indebted to the United States for outstanding federal tax liabilities in the amount of $234,550.42.  The Clerk of the Court is directed to enter judgment in favor of the United States and against Defendant Julian Carranza for the United States' first claim of relief to reduce tax assessments against Julian Carranza to judgment in the amount of $234,550.42, together with interest from the date of March 31, 2015, in accordance with 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601, 6621, and 6622 until the liabilities are fully paid.

(3)   The United States has a perfected lien interest in all property and rights to property belonging to defendant Julian Carranza, including the Subject Property, as of the date of each tax assessment described in paragraphs 14 and 15 of the First Amended Complaint or acquired thereafter.  The Clerk of Court is directed to enter judgment accordingly.

(4)   The United States and defendants Julian Carranza and Bertha Carranza shall each bear their own costs and attorney's fees associated with this litigation.

**IT IS SO ORDERED.**

DATED this 17th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE